UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN W. BEAKLEY, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: |
| | § | 3:13-CV-4502-B |
| THE UNITED STATES OF AMERICA, | § | |
| INTERNAL REVENUE SERVICE; IRS | § | |
| REVENUE OFFICER MANDALA R. | § | |
| RIVEROS; and COLLECTION GROUP | § | |
| MANAGER RICHARD CHRISTIAN, | § | |
| | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 24, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 22nd day of April, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE